IT IS SO ORDERED.

Dated:  June 22, 2015
          10:04:37 AM

_Kay Woods_
Kay Woods
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| In re: | ) | CHAPTER 13 |
|---|---|---|
| | ) | |
| WILLIAM R. SHADE | ) | CASE NO. 09-44849 |
| MELISSA A. SHADE | ) | |
| | ) | |
| Debtor(s) | ) | KAY WOODS |
| | ) | U.S. Bankruptcy Judge |
| | ) | |
| | ) | **ORDER PROVIDING FOR INCREASED** |
| | ) | **DIVIDEND TO UNSECURED CREDITORS** |
| | ) | **AS A RESULT OF TAX REFUND** |

THIS MATTER IS BEFORE THE COURT upon the subjoined consents of the Trustee and the debtor('s') attorney to increase the dividend to be paid to unsecured creditors, no notice having been given as none is required, and consent to the within Order having been entered by Attorney Michael A. Gallo, Standing Chapter 13 Trustee, and undersigned counsel for debtor(s); and,

IT APPEARING TO THE COURT that the debtor('s') confirmed plan now in effect

provides for a dividend to general unsecured creditors of 26%; and,

IT FURTHER APPEARING that as a result of additional funds to be received by the Trustee from the debtor('s') 2014 tax refund in the amount of $2,119.00, a dividend of not less than 29% can now be paid to general unsecured creditors; and,

IT FURTHER APPEARING that there is no adverse effect upon the creditors of the debtor('s') estate in that the dividend to be paid to unsecured creditors is being increased pursuant to the terms of the within Order.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that unsecured creditors shall be paid a dividend of not less than 29% of their allowed claims in the within Chapter 13 case. Debtor('s') current monthly Chapter 13 plan payment is <u>not</u> changed by this Order.

###

SUBMITTED & APPROVED BY:

/S/ MICHAEL A. GALLO, TRUSTEE
MICHAEL A. GALLO, TRUSTEE

/S/ JAMES VIVO, ESQUIRE
JAMES VIVO, ESQUIRE
Attorney for Debtor(s)

CH13:sjm Shade Ord 4/30/15

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| In re: | ) | CHAPTER 13 |
|---|---|---|
| | ) | |
| WILLIAM R. SHADE | ) | CASE NO. 09-44849 |
| MELISSA A. SHADE | ) | |
| | ) | |
| Debtor(s) | ) | KAY WOODS |
| | ) | U.S. BANKRUPTCY JUDGE |

## INSTRUCTIONS TO CLERK

Please serve the following with a copy of the ORDER PROVIDING FOR INCREASED DIVIDEND TO BE PAID TO UNSECURED CREDITORS AS A RESULT OF TAX REFUND:

JAMES VIVO, ESQUIRE
860 Boardman Canfield Rd., Suite 204
Youngstown, OH 44512
(Attorney for Debtors)

WILLIAM R. SHADE
1504 Bancraft Ave.
Youngstown, OH 44514
(Debtor)

MELISSA A. SHADE
3234 Creekside Drive, Apt. 721
Evansville, IN 47715
(Debtor)

MICHAEL A. GALLO, TRUSTEE
5048 Belmont Ave.
Youngstown, OH 44505
(Standing Chapter 13 Trustee)